UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN BUS ASSOCIATION; DATTCO,
INC.; STARR TRANSIT CO., INC., on behalf
of themselves and all others similarly situated,
                        Plaintiffs,

              -v-

NEW YORK STATE THRUWAY AUTHORITY;
NEW YORK STATE CANAL CORPORATION;
BILL FINCH in his official capacity as Acting
Executive Director of the New York State
Thruway Authority; JOANNE M. MAHONEY in
her official capacity as Chair of the New York
State Thruway Authority/Canal Corporation
Boards of Directors; DONNA J. LUH in her
official capacity as Vice-Chair of the New
York State Thruway Authority/Canal Corporation
Boards of Directors; and RICHARD N. SIMBERG,
J. DONALD RICE JR., JOSE HOLGIUN-VERAS,
ROBERT L. MEGNA, STEPHEN M. SALAND,
in their official capacities as members of the New
York State Thruway Authority/Canal Corporation
Boards of Directors,
                        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/17

17 **CIVIL** 782 (CM)

**JUDGMENT**

      Whereas this action having come before the Court, and on March 1, 2017, this Court dismissed the related case, 13 cv 8123. Judgment for Defendants was entered the same day and the case was closed. Subsequently, on March 21, 2017, this Court dismissed the instant case finding "no legal reason why the result in the two cases should not be the same," and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on April 5, 2017, having rendered its Memo Endorsed Order requesting that the Clerk of Court enter a formal judgment for Defendants, pursuant to Fed. R. Civ. P. 58(b)(1), in the instant case, in accordance with the March 21, 2017 order, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memo Endorsed Order dated April 5, 2017, judgment is entered for Defendants, pursuant to Fed. R. Civ. P. 58(b)(1), in the instant case, in accordance with the March 21, 2017 order.

**Dated:** New York, New York
April 6, 2017

RUBY J. KRAJICK

**Clerk of Court**

BY: *[signature]*

**Deputy Clerk**